UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND,                                        :        25-CV-9381 (VSB) (RWL)

                  Plaintiff,                          :

                                :        **ORDER**

        - against -                                :

AL HOT, INC., ET AL.,                                :

                  Defendant.                       :

-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Plaintiff filed this action on November 10, 2025.  Defendants were served with the operative Amended Complaint on February 6, 2026.  (*See* Dkts. 20-24.)  Defendants Al Hot, Inc., Al Hot Construction, Inc., Fast Track Electrical Systems, Inc., and Fast Track Construction Systems, Inc. were due to respond to the Amended Complaint by February 27, 2026.  (Dkts. 20-22, 24.)  By stipulation, Defendant Everlast Interior Construction Inc.'s deadline to respond to the Amended Complaint was March 16, 2026.  (Dkt. 26.)  To date, Defendants have not appeared or responded to the Amended Complaint.  Plaintiff, however, has taken no action to prosecute this case.  Accordingly, by **April 13, 2026**, Plaintiff shall file a status update letter.

                                SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 6, 2026
      New York, New York

1

Copies transmitted this date to all counsel of record.